IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rodney Thomas Riddle, :
:
    Appellant, :
: Case Number: 1:20cv662
    vs. :
: Judge Susan J. Dlott
Mark A. Greenberger, :
:
    Appellee. :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 2, 2021 a Report and Recommendation (Doc. 2). Subsequently, the appellant filed objections to such Report and Recommendation (Doc. 5).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that this action is DISMISSED for lack of jurisdiction.  It is further ORDERED that appellant's motion for in-person hearing, for leave, for clarification, and for contempt of Court, violating automatic stay is DENIED as moot.

IT IS SO ORDERED.

S/Susan J. Dlott  
Judge Susan J. Dlott
United States District Court